# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| JEFFREY W. DODSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 4:19-cv-04043-SLD-JEH |

## NOTICE OF SETTLEMENT

Now come the Plaintiff, JEFFREY DODSON, and Defendant, NISSAN NORTH AMERICA INC., by and through their undersigned attorneys, and hereby notify the Court that the parties have reached a settlement in the above-captioned matter. The parties anticipate they will be able to file a Stipulation of Dismissal with Prejudice within the next 60 days. The parties respectfully request the Court remove this matter from its active docket and grant the parties until August 12, 2019 to file a Stipulation of Dismissal.

RESPECTFULLY SUBMITTED,

JEFFREY W. DODSON

By:  /s/ David B. Levin
     Attorney for Plaintiff
     Illinois Attorney No. 6212141
     Law Offices of Todd M. Friedman, P.C.
     333 Skokie Blvd., Suite 103
     Northbrook, IL 60062
     Phone: (224) 218-0882
     dlevin@toddflaw.com

RESPECTFULLY SUBMITTED,

NISSAN NORTH AMERICA, INC.

By:  /s/ Kimball R. Anderson
     Attorney for Defendant
     Illinois Attorney No. 6300329
     Winston & Strawn LLP
     35 W. Wacker Drive
     Chicago, IL 60601
     Phone: (312) 558-5858
     kanderso@winston.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2019 a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff