IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JEFFREY W. DODSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 4:19-cv-04043-SLD-JEH |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, JEFFREY DODSON, and the Defendant, NISSAN NORTH AMERICA INC., by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above matter with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, with each party bearing its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

JEFFREY W. DODSON

By:  /s/ David B. Levin
     Attorney for Plaintiff
     Illinois Attorney No. 6212141
     Law Offices of Todd M. Friedman, P.C.
     333 Skokie Blvd., Suite 103
     Northbrook, IL 60062
     Phone: (224) 218-0882
     dlevin@toddflaw.com

RESPECTFULLY SUBMITTED,

NISSAN NORTH AMERICA, INC.

By:  /s/ Kimball R. Anderson
     Attorney for Defendant
     Illinois Attorney No. 6300329
     Winston & Strawn LLP
     35 W. Wacker Drive
     Chicago, IL 60601
     Phone: (312) 558-5858
     kanderso@winston.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    /s/ David B. Levin
    Attorney for Plaintiff